No. 11–9894. BUTLER v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 11–9903. WALKER v. OCHOA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9912. BROWN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9919. SWAIN v. SEAMAN. Ct. App. N. M. Certiorari denied.

No. 11–9922. JONES v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9927. ALDRIDGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–9929. JACKSON v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–9950. PATINO v. PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9977. MOELLER v. WEBER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–10002. RABB v. McBRIDE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–10088. SALIDO-ROSAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10089. SPEIGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10093. STENSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10104. OUTLAW v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10106. LEE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.